**Olga Yolanda REYES-BERCIAN**
**Petitioner**

v.

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Jefferson B. SESSIONS, III,[1] Attorney General of the United States Respondent

No. 16-3197

United States Court of Appeals, Eighth Circuit.

Submitted: July 6, 2017

Filed: July 21, 2017

Lauren Schmoke, Kasaby & Nicholls, Omaha, NE, for Petitioner

Karen Yolanda Drummond, Jenny Lee, Carl H. McIntyre, Briena Strippoli, Trial Attorney, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, OIL, U.S. Department of Justice, Washington, DC, for Respondent

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Guatemalan citizen Olga Reyes-Bercian petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from the decision of an immigration judge that denied Reyes's application for withholding of removal and relief under the Convention against Torture.[2] Our review of the record satisfies us that substantial evidence supports the denial of relief. See De Castro-Gutierrez v. Holder, 713 F.3d 375, 379 (8th Cir. 2013). The petition is denied. See 8th Cir. R. 47B.

---

1. Jefferson B. Sessions, III has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

2. Reyes's asylum claim is not before this panel.